AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Pacheco-Olvera, Crescencio<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 26MJ897

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 26, 2026_____ in the county of ___Dona Ana and elsewhere___ in the

_____ District of ____New Mexico____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(v)(I) | Conspiracy to harbor, transport, and bring in illegal aliens |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Josha Garcia, HSI Special Agent
*Printed name and title*

Sworn to before me ~~and signed in my presence~~. via telephone

Date: 2/28/2026

_____
*Judge's signature*

City and state: _____Las Cruces, New Mexico_____     Gregory J. Fouratt, U.S. Magistrate Judge
*Printed name and title*

**United States of America**

**V.**

**Crescencio Pacheco Olvera**

On February 13, 2026, Homeland Security Investigations (HSI) Special Agents and United States Border Patrol (USBP) Agents responded to a failed alien smuggling load, involving a tractor trailer, with a principal driver and nineteen (19) illegal aliens at the Las Cruces Border Patrol Checkpoint located on I-25 – mile marker 26. Through interviews and investigative findings, a suspected alien smuggling stash house was identified in El Paso, Texas. The address was identified as 4015 Truman Avenue, Apartment #1, El Paso, Texas 79930. Physical and electronic surveillance was conducted at the residence. A Federal Search Warrant was obtained for the address on February 25, 2026, for violations related to 8 U.S.C. § 1324(a)(1)(A)(v)(I) – Conspiracy to harbor, transport, and bring illegal aliens.

On February 26, 2026, HSI and USBP Agents executed the Federal Search Warrant at 4015 Truman Avenue, Apartment #1, El Paso, Texas 79930. Upon execution of the search warrant, agents discovered approximately sixteen (16) illegal aliens, one of which was later identified as the principal "caretaker" of the stash house located at 4015 Truman Avenue, Apartment #1, El Paso, Texas. All sixteen (16) individuals were questioned and stated they were not citizens of the United States and were not in possession of any immigration documents to be or remain in the United States legally.

All sixteen (16) illegal aliens were transported to the El Paso Border Patrol Station where they were interviewed and processed accordingly.

Upon interviewing Material Witness 1 (MAT WIT 1), MAT WIT 1 stated he/she utilized and paid an alien smuggling facilitator to smuggle him/her from his/her native country into the United States. MAT WIT 1 stated to have entered the United States illegally from Mexico on the morning of February 26, 2026. MAT WIT 1 stated to have entered through a hole cut in the International Border Fence near Santa Teresa, New Mexico. MAT WIT 1 further stated that he/she was picked up by a vehicle near the Stanco Building, located in Santa Teresa, New Mexico, and transported to El Paso, Texas. MAT WIT 1 stated he/she was taken to a location near an unknown Walmart in El Paso, Texas where he/she was then transferred to a white Dodge vehicle. MAT WIT 1 stated that he/she was transported by the driver of the white Dodge vehicle to a residence where approximately fourteen (14) additional illegal aliens were being housed. MAT WIT 1 stated this was the same residence he/she was subsequently apprehended by HSI and USBP Agents on the same day. MAT WIT 1 stated he/she was transported to the address at approximately 9:45 AM. Agents were able to verify, through electronic surveillance, a white Dodge vehicle arriving at the residence, and further observed a driver and single passenger exiting the vehicle in the alley way behind 4015 Truman Avenue. A photo line-up of Crescencio

Pacheco Olvera was presented to MAT WIT 1, and MAT WIT 1 physically identified him as the driver of the white Dodge vehicle and "caretaker" of the alien stash house located at 4015 Truman Avenue, Apartment #1, El Paso, Texas. MAT WIT 1 initialed and dated the photo lineup identifying Pacheco Olvera as the "caretaker".

On February 26, 2026, HSI Special Agents also made contact with Material Witness 2 (MAT WIT 2) from the tractor trailer alien smuggling load apprehended on February 13, 2026, by USBP. A photo line-up of Crescencio Pacheco Olvera was presented to MAT WIT 2, and MAT WIT 2 physically identified him as the "caretaker" of the alien stash house located at 4015 Truman Avenue, Apartment #1, El Paso, Texas. MAT WIT 2 initialed and dated the photo lineup identifying Pacheco Olvera as the "caretaker" and transport driver. MAT WIT 2 further stated to agents, on or about February 13, 2026, Pacheco Olvera was the person who transported him/her from 4015 Truman Avenue, Apartment #1, to the tractor trailer he/she was loaded into that was subsequently apprehended by the USBP Checkpoint located on I-25 – mile marker 26, on February 13, 2026.

AUSA Tanisha V. Henson approved prosecution of Pacheco Olvera for 8 U.S.C. 1324 – Conspiracy to harbor, transport, and bring in illegal aliens.

Joshua N. Garcia
Special Agent
Homeland Security Investigations

Sworn to and signed before me by telephonic or other reliable electronic means before me this 28 day of February, 2026.

GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE