**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA
V.
Crescencio Pacheco-Olvera

Magistrate Docket No.
Case No. 26Mj897

**AFFIDAVIT**

On this date appeared before me the following Agent, who, after being duly sworn, deposed and said: In the captioned case

(1) Jose Alirio Hernandez-Pineda
(2)
(3)
(4)

are material witnesses for the prosecution at the trial of the above-named defendant who is charged with violation of certain immigration laws.

The witness is a citizen of El Salvador, and is illegally within the United States. Should he be left to their own device and return home, he is not subject to extradition under law, and it will be impracticable to secure his presence at such time as the case is called for trial.

_____
Joshua N. Garcia , Department of Homeland Security

In view of the above affidavit, it is requested of the United States Magistrate that the witnesses named in the affidavit be required to make bail in such amount as the United States Magistrate Judge should see fit to assure their presence at the trial, and should they be unable to make such bond, that they be committed to the custody of the United States Marshal pending final disposition of the criminal case, as provided by Rule 46(b) of the Federal Rules of Criminal Procedure.

Ryan Ellison
_____
By:                1st Asst. United States Attorney

_____
Assistant United States Attorney

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ day of _____.

My commission expires     _____     _____
                                                                    NOTARY PUBLIC

IT IS ORDERED on this _2nd_ day of _March_, _2026_ that the above witness(es) who was this date brought before me be committed to the custody of the United States Marshal pending final disposition of the above captioned case, in lieu of bail in the sum of $ _____ for each said witness

_____
United States Magistrate Judge

**RETURN**

Received this commitment and designated prisoners on _____, and on _____, committed them to _____ , and left with the custodian at the same time a certified copy of this commitment.

DATED: _____     _____

By:        Deputy U.S. Marshal